UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JONATHAN KUKAR-TEKANO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SHYANNE KUKAR-TEKANO RE: CAL. CODE CIV. PROC. § 377.32** |

I, Shyanne Kukar-Tekano, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Jonathan Kukar-Tekano, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Jonathan Kukar-Tekano was born on ▮▮▮▮ 1987, in the County of Santa Clara, California.

3. No proceeding is now pending in California for administration of the estate of Jonathan Kukar-Tekano.

4. I am the successor-in-interest to Jonathan Kukar-Tekano (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological child of Jonathan Kukar-Tekano.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Jonathan Kukar-Tekano in this pending action or proceeding.

6. A true and correct copy of the death certificate of Jonathan Kukar-Tekano is attached.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that the declaration was executed on April 8, 2025, at Spokane Valley, Washington.



x _____
Shyanne Kukar-Tekano

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORDS
## NORTHERN NEVADA PUBLIC HEALTH
### VITAL STATISTICS — RENO, NEVADA

# CERTIFICATE OF DEATH

CASE FILE NO. 4468849
STATE FILE NUMBER: 2025006725

**DECEDENT**
- 1a. DECEASED-NAME: Jonathan George KUKAR-TEKANO
- 2. DATE OF DEATH: March 06, 2025
- 3a. COUNTY OF DEATH: Washoe
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Reno
- 3c. HOSPITAL OR OTHER INSTITUTION: Renown Regional Medical Center
- 3e. If Hosp. or Inst. indicate DOA,OP/Emer. Rm. inpatient: Intensive Care Unit (icu)
- 4. SEX: Male
- 5. RACE: American California Indian
- 6. Hispanic Origin: No - Non-Hispanic
- 7a. AGE-Last birthday (Years): 38
- 8. DATE OF BIRTH: [redacted] 1987
- 9a. STATE OF BIRTH: California
- 9b. CITIZEN OF WHAT COUNTRY: UNITED STATES
- 10. EDUCATION: 13
- 11. MARITAL STATUS: Never Married
- 13. SOCIAL SECURITY NUMBER: [redacted]
- 14a. USUAL OCCUPATION: Construction Laborer
- 14b. KIND OF BUSINESS OR INDUSTRY: Residential Construction
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: California
- 15b. COUNTY: Santa Clara
- 15c. CITY, TOWN OR LOCATION: San Jose
- 15e. INSIDE CITY LIMITS: Yes

**PARENTS**
- 16. FATHER/PARENT - NAME: Jeff K TEKANO
- 17. MOTHER/PARENT - NAME: Sandra Lynn KUKAR
- 18a. INFORMANT - NAME: Shyanne R KUKAR-TEKANO

**Cremation**
- 19a. BURIAL, CREMATION, REMOVAL, OTHER: Cremation
- 19b. CEMETERY OR CREMATORY - NAME: La Paloma Reno
- 19c. LOCATION: Reno Nevada 89511
- 20a. FUNERAL DIRECTOR - SIGNATURE: CAITLYN A OTTMANN (SIGNATURE AUTHENTICATED)
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: FD1003
- 20c. NAME AND ADDRESS OF FACILITY: Simple Cremation Reno, 7111 South Virginia St, Ste A17, Reno NV 89511

**CERTIFIER**
- 22. On the basis of examination and/or investigation... CLARE H BRYCE MD (SIGNATURE AUTHENTICATED)
- 22b. DATE SIGNED: March 21, 2025
- 22c. HOUR OF DEATH: 11:11
- 22d. PRONOUNCED DEAD: March 06, 2025
- 22e. PRONOUNCED DEAD AT (Hour): 11:11
- 23. NAME AND ADDRESS OF CERTIFIER: Clare H Bryce MD, 990 E Ninth St Reno, NV 89512
- 23b. LICENSE NUMBER: 23638

**REGISTRAR**
- 24a. REGISTRAR: KATHERINE J SULLIVAN (SIGNATURE AUTHENTICATED)
- 24b. DATE RECEIVED BY REGISTRAR: March 26, 2025
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

**CAUSE OF DEATH**
- 25. IMMEDIATE CAUSE - PART I (a): Hanging
- 26. AUTOPSY: Yes
- 27. WAS CASE REFERRED TO CORONER: Yes
- 28a. ACC., SUICIDE, HOM., UNDET OR PENDING INVEST.: Suicide
- 28b. DATE OF INJURY: February 27, 2025
- 28c. HOUR OF INJURY: 2151
- 28d. DESCRIBE HOW INJURY OCCURRED: Hanged Self With Bedsheet Attached To Vent
- 28e. INJURY AT WORK: No
- 28f. PLACE OF INJURY: Jail/detention Center
- 28g. LOCATION: 1051 Al Tahoe Boulevard, South Lake Tahoe, California



000589197
**CERTIFIED COPY OF VITAL RECORDS**
This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.
SIGNATURE AUTHENTICATED
DATE ISSUED: 3/27/2025
DEPUTY REGISTRAR
This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

NNPH

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE