

# United States District Court
# Eastern District of California

| Estate of Jonathan Kukar-Tekano, et al. | Case Number: | 2:25-CV-01850-TLN-SCR |

Plaintiff(s)

V.

County of El Dorado, et al.

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elizabeth McGowan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
See Attachment "A"

On 10/17/2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✔ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Morgan Canfield, et al. v. California Forensic Medical Groups, Inc., et al. - 2:25-cv-02605-DC-JDP
Date of application: 10/20/2025    Status: Pending

Date: 10/20/2025            Signature of Applicant: /s/ Elizabeth McGowan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Elizabeth McGowan |
| Law Firm Name: | Gordon Reese Scully Mansuhani LLP |
| Address: | 315 Pacific Ave. |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 986-5900 |
| City and State of Residence: | Raleigh, NC |
| Primary E-mail Address: | emcgowan@grsm.com |
| Secondary E-mail Address: | Ltrent31@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lindsey M. Romano |
| Law Firm Name: | Gordon Rees Scully Mansukhani LLP |
| Address: | 315 Pacific Ave. |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 986-5900   Bar #: 337600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2025

_____
JUDGE, U.S. DISTRICT COURT