Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:     mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF JONATHAN KUKAR-TEKANO,
SHYANNE KUKAR-TEKANO,
SANDRA KUKAR, and DARRYL TEKANO

LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
ELIZABETH MCGOWAN (Pro Hac Vice)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendants
COUNTY OF EL DORADO, EL DORADO
COUNTY SHERIFF'S OFFICE, JEFF LEIKAUF,
CALIFORNIA FORENSIC MEDICAL GROUP,
INC., WELLPATH LLC, WELLPATH
MANAGEMENT, INC., JULES HOGANSON,
KATE MOSHER, and STEPHEN PITTELLI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JONATHAN KUKAR-TEKANO, SHYANNE KUKAR-TEKANO, SANDRA KUKAR, and DARRYL TEKANO, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S OFFICE, JEFF LEIKAUF, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC, WELLPATH MANAGEMENT, INC., JULES HOGANSON, KATE MOSHER, STEPHEN PITTELLI, and DOE 1 to 20, <br><br> Defendants. | Case No. 2:25-cv-01850-TLN-SCR <br><br> **STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER** |

STIPULATION FOR FILING FIRST AMENDED COMPLAINT
*Estate of Kukar-Tekano v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:25-cv-01850-TLN-SCR

## STIPULATION

The Estate of Jonathan Kukar-Tekano, Shyanne Kukar-Tekano, Sandra Kukar, and Darryl Tekano (collectively, "Plaintiffs") and the County of El Dorado, El Dorado County Sheriff's Office, Jeff Leikauf, California Forensic Medical Group, Inc., Wellpath LLC, Wellpath Management, Inc., Jules Hoganson, Kate Mosher, and Stephen Pittelli (collectively, "Defendants") STIPULATE that Plaintiffs shall have leave to file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) and 16(b)(4).

There is good cause for filing the amended pleading because discovery revealed the additional factual information included in the First Amended Complaint and that information was not known at the time which the original Complaint was filed.

A true and correct copy of the First Amended Complaint to be filed, with tracked-changes from the currently-operative Complaint, ECF No. 1, is attached as **Exhibit A**.

IT IS SO STIPULATED.

Dated: February 18, 2026                Respectfully Submitted,
                                        LAW OFFICE OF MARK E. MERIN

                                            */s/ Mark E. Merin*

                                        By: _____
                                            Mark E. Merin
                                            Paul H. Masuhara

                                            Attorneys for Plaintiffs
                                            ESTATE OF JONATHAN KUKAR-TEKANO,
                                            SHYANNE KUKAR-TEKANO,
                                            SANDRA KUKAR, and DARRYL TEKANO

2

Dated: February 18, 2026

Respectfully Submitted,
GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Kendra N. Stark*
(as authorized on February 18, 2026)

By: _____
Lindsey M. Romano
Kendra N. Stark
Elizabeth McGowan

Attorney for Defendants
COUNTY OF EL DORADO, EL DORADO
COUNTY SHERIFF'S OFFICE, JEFF LEIKAUF,
CALIFORNIA FORENSIC MEDICAL GROUP,
INC., WELLPATH LLC, WELLPATH
MANAGEMENT, INC., JULES HOGANSON,
KATE MOSHER, and STEPHEN PITTELLI

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

Plaintiffs shall file the First Amended Complaint within fourteen (14) days of the filing of this order.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
Troy L. Nunley
Chief United States District Judge

**STIPULATION FOR FILING FIRST AMENDED COMPLAINT**
*Estate of Kukar-Tekano v. County of El Dorado*, United States District Court, Eastern District of California, Case No. 2:25-cv-01850-TLN-SCR